No. 10-162. J. Z., Petitioner v. New Jersey.

562 U.S. 961, 131 S. Ct. 460, 178 L. Ed. 2d 288, 2010 U.S. LEXIS 7942.

October 12, 2010. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

No. 10-164. Jerry L. Alston, Petitioner v. Supreme Court of Delaware, et al.

562 U.S. 961, 131 S. Ct. 462, 178 L. Ed. 2d 288, 2010 U.S. LEXIS 8092.

October 12, 2010. Petition for writ of certiorari to the Supreme Court of Delaware denied.

Same case below, 991 A.2d 17.

No. 10-166. Harold R. Stanley, Petitioner v. Jack Grate, Judge, Circuit Court of Missouri, Jackson County, et al.

562 U.S. 961, 131 S. Ct. 462, 178 L. Ed. 2d 288, 2010 U.S. LEXIS 8109.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 368 Fed. Appx. 699.

No. 10-168. Life Settlement Corporation, dba Peachtree Life Settlements, Petitioner v. Goshawk Syndicate 102 at Lloyd's.

562 U.S. 962, 131 S. Ct. 463, 178 L. Ed. 2d 288, 2010 U.S. LEXIS 8071.

October 12, 2010. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 14 N.Y.3d 850, 901 N.Y.S.2d 133, 927 N.E.2d 553.

No. 10-169. Jonathan Knight, Petitioner v. David Drye, et al.

562 U.S. 962, 131 S. Ct. 463, 178 L. Ed. 2d 288, 2010 U.S. LEXIS 8041.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 375 Fed. Appx. 280.

No. 10-170. Brian Martin, et al., Petitioners v. Raquel Hanic, Personal Representative of the Estate of Rudy Escobedo, Deceased.

562 U.S. 962, 131 S. Ct. 463, 178 L. Ed. 2d 288, 2010 U.S. LEXIS 7999.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 600 F.3d 770.

No. 10-173. Ralph T. Byrd, et ux., Petitioners v. James M. Hoffman, et al.

562 U.S. 962, 131 S. Ct. 463, 178 L. Ed. 2d 288, 2010 U.S. LEXIS 8093.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same cases below, 352 Fed. Appx. 775.